UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.1:14-cr-00080-RJJ |
| ) | |
| v. ) | Honorable Robert J. Jonker |
| ) | |
| LUIS MAGANA-VILLANUEVA ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

     Defendant appeared before me on December 4, 2014, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

     DONE AND ORDERED this 4th day of December, 2014.

                           /s/ Phillip J. Green
                           United States Magistrate Judge